UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01885-TWP-CSW |
| | ) |
| TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendants, by counsel, have filed their *Motion For Extension Of Time To Respond To Plaintiff's Complaint Under Federal Rule of Civil Procedure 6(b)(1)(B)*. (Dkt. 33).

Defendant filed the *Motion To Dismiss* and the *Brief In Support* on November 26, 2025, at Dkts. 30 and 31; both are accepted as timely.

The Court, having reviewed the motion and being advised, now **GRANTS** the *Motion*.

The Court affirms the briefing schedule (Dkt. 27) on the pending *Motion For Preliminary Injunction*. (Dkt. 10). Briefing on Defendant's *Motion To Dismiss* shall proceed in accordance with the Local Rules.

**SO ORDERED.**

Date: December 5, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.