**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

EXODUS REFUGEE IMMIGRATION, INC.,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. 1:25-cv-01885-TWP-CSW
    )
TODD ROKITA, in his official capacity as the    )
Attorney General of the State of Indiana,    )
    )
    Defendant.    )

## PRELIMINARY INJUNCTION

Pursuant to the Court's Order Granting Plaintiff Exodus Refugee Immigration, Inc.'s Motion for Preliminary Injunction, and in compliance with Federal Rule of Civil Procedure 65(d)(1)(C), Defendant Todd Rokita, in his official capacity as the Attorney General of the State of Indiana, **is preliminarily enjoined** from enforcing the Civil Investigative Demand he has served on Plaintiff Exodus Refugee Immigration, Inc., and **preliminarily enjoined** from taking any adverse actions against Plaintiff Exodus because of its failure to respond to the Civil Investigative Demand. No bond shall be required.

    **SO ORDERED**.

Date:   8/5/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joshua Bleisch
American Civil Liberties Union of Indiana
jbleisch@aclu-in.org

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Olivia Key
Office of the Indiana Attorney General
olivia.key@atg.in.gov

Blake Lanning
Office of IN Attorney General
blake.lanning@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Aaron M. Ridlen
INDIANA ATTORNEY GENERAL
aaron.ridlen@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

William Dean Young
Lewis And Wilkins LLP
young@lewisandwilkins.com